| | |
|---|---|
| DEFENDANT: | SCOTT OLDENBURG |
| AGE or YOB: | 1988 |
| COMPLAINT FILED? | _____ Yes   __X__ No    If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X No   If No, a new warrant is required |
| OFFENSE(S): | Counts 1 and 2: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Mount Crested Butte and Wheat Ridge, Colorado |
| PENALTY: | Counts 1 and 2: NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment. |
| AGENT: | FBI SA Randall Watts; ATF SA Benjamin Byrd |
| AUTHORIZED BY: | Jennifer Springer, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.